IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02283-LTB

CRAIG MALONE,

      Plaintiff,

v.

DEREK GREENAMYER, Deputy, in his official and individual capacity,
DANA SCHWARTZ, Deputy, in her official and individual capacity, and
MONTANA, Deputy, whose first name is unknown, in his individual and official capacity,

      Defendants.

---

## JUDGMENT

---

      Pursuant to and in accordance with the Order of Dismissal entered by Lewis T.

Babcock, Senior District Judge, on October 23, 2012, it is hereby

      ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

      DATED at Denver, Colorado, this 23 day of October, 2012.

                    FOR THE COURT,

                    JEFFREY P. COLWELL, Clerk


                    By: s/ S. Grimm
                        Deputy Clerk